RECEIVED
IN MONROE, LA
SEP 7 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 03-30019-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GARY VAN DANIELS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 96], and after an independent review of the entire record and all written objections and amended objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside, or Reduce Sentence pursuant to 28 U.S.C. § 2255 is DENIED.

MONROE, LOUISIANA, this 7 day of September, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE